UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>PETER ALLEN MOOTE,<br><br>       Defendant/Judgment Debtor,<br><br>   and<br><br>WASHINGTON STATE DEPARTMENT<br>OF REVENUE,<br><br>        Garnishee. | NO. 2:21-MC-00009-RSL<br><br>    (2:12-CR-0063-1)<br><br>**Continuing Garnishment Order** |

     A Writ of Continuing Garnishment, directed to Garnishee Washington State Department of Revenue, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Washington State Department of Revenue filed its Answer on March 17, 2021, stating that at the time of the service of the Writ, Garnishee had in its possession, custody, or control of Unclaimed Property in the total amount of $10,119.93, in which Defendant/Judgment Debtor, Peter Allen Moote maintains an interest.

**CONTINUING GARNISHMENT ORDER**
*(USA v. Peter Allen Moote and Washington State Department of Revenue,*
**USDC#: 2:21-MC-00009-RSL / 2:12-CR-0063-1) - 1**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the Garnishee and Defendant/Judgment Debtor Moote on or about February 24, 2021, Mr. Moote has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Washington State Department of Revenue, shall pay to the United States District Court for the Western District of Washington, the entire amount of non-exempt property from any and all accounts in the Garnishee's possession, custody, or control, in which the Defendant/Judgment Debtor maintains an interest;

That such payments shall be applied to Defendant/Judgment Debtor Mr. Moote's outstanding restitution debt, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:12-CR-0063-1 and 2:21-MC-00009-RSL, and delivered either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

Dated this 7th day of June, 2021.

*Mr S Lasnik*
JUDGE ROBERT S. LASNIK
United States District Court Judge

**CONTINUING GARNISHMENT ORDER**
*(USA v. Peter Allen Moote and Washington State Department of Revenue,*
USDC#: 2:21-MC-00009-RSL / 2:12-CR-0063-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Presented by:


*s/ Kyle A. Forsyth*
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

**CONTINUING GARNISHMENT ORDER**
(*USA v. Peter Allen Moote and Washington State Department of Revenue*,
USDC#: 2:21-MC-00009-RSL / 2:12-CR-0063-1) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970